UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CARLYNE DESIR and**
**FLINT EDWARDS,**

    **Plaintiffs,**

**v.**                                               **Case No. 8:25-cv-1073-TPB-AAS**

**LOANCARE, LLC,**

    **Defendant.**
_____/

**ORDER**

    The court held a video conference to address the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program. As stated at the videoconference:

    (1)    If the parties agree to participate in the IDEAL Program, they must file the Stipulated Consent to the IDEAL Program and Magistrate Judge Authority (using the CM/ECF event "Consent to Jurisdiction of US Magistrate Judge – IDEAL Program") by **July 1, 2025**.

    (2)    Otherwise, the parties must submit the standard Case Management Report by **July 15, 2025**.

    (3)    The Tampa Bay Chapter of The Federal Bar Association operates a Legal Information Program. Through that program, pro se litigants may

1

meet with a lawyer for free to ask general questions about procedures governing cases in federal court. In-person appointments are available every Tuesday from 1:00 p.m. to 2:30 p.m. To request an appointment, pro se litigants may call the Clerk's Office at (813) 301-5400 or visit the Clerk's Office check-in window. Walk-ins are accepted as time allows. A brochure with more information about the program is available on the Court's website, https://www.flmd.uscourts.gov/legal-information-program.

**ORDERED** in Tampa, Florida on June 17, 2025.

*Amanda Arnold Sansone*

AMANDA ARNOLD SANSONE
United States Magistrate Judge

2